# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | | |
|---|---|---|
| ANDRE D. BLACKMAN, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 3:20-CV-503-RLJ-HBG |
| SGT. KIDD, CPL. SEALS, CPL. HARVEY, LT. MILLER, C/O Hill, CAPT. COOPER, CAPT. TURNER, C/O DUNCAN, C/O HAYES, C/O MOORE, KNOX COUNTY SHERIFF'S OFFICE, CAPT. COX, LT. SPRENG, LT. D. SPARKS, CPL. MONEYMAKER, C/O TAYLOR, C/O LOVELESS, CHIEF BIVENS, C/O K. THORNBURY, MRS. WHITEHAD, and CHIEF STEVENS, | ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the memorandum opinion filed herewith, this prisoner's pro se complaint for relief filed under 42 U.S.C. § 1983 is **DISMISSED with prejudice** pursuant to Fed. R. Civ. P. 41(b). Because the Court has **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**IT IS SO ORDERED.**

ENTER:

s/ Leon Jordan
United States District Judge

ENTERED AS A JUDGMENT
s/ LeAnna R. Wilson
CLERK OF COURT